|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

TOMMY SANDERS, §
　§
　　　　Plaintiff, §
　§
versus § CIVIL ACTION NO. 1:16-CV-130
　§
SHERRY WALDROP, PAROLE §
OFFICER, *et al.*, §
　§
　　　　Defendants. §

**MEMORANDUM ORDER PARTIALLY ADOPTING THE
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Tommy Sanders, an inmate confined with the South Texas ISF Institution, with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's civil rights action be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1]　Petitioner received a copy of the Report and Recommendation on or before October 11, 2016 (docket entry no. 6).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 21st day of December, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE